**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6400**

———————

NORMAN HOLLAND,

Plaintiff - Appellant,

versus

MILTON J. HALL, Deputy Sheriff, N.T.S.;
GREGORY A. TATE, Deputy Sheriff, N.T.S.; L.
TYLER, Deputy Sheriff; SHERIFF JONES, All of
the above named defendants sued in their indi-
vidual capacity; SOMERSET COUNTY; BOARD OF
COUNTY COMMISSIONERS OF SOMERSET COUNTY; JOHN
DOE; RICHARD ROE; OFFICER TYLER, #3205; D.
WEBB, Deputy, #2606; P. PRUITT, Sergeant
#6102; MICHELLE TAYLOR; KELLY GALYER, TFC; G.
TATE, TFC - Officer in Charge; DANIEL THOMAS,
Sergeant TFC; NOLEN, TFC-K-9; R. KLEBON,
TFC-V-4; LARRY TOLLIVER, Colonel,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
96-299-PJM)

———————

Submitted:  August 27, 1998          Decided:  September 17, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

_____

Norman Holland, Appellant Pro Se.  Christine Kilty McSherry, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland; Richard M. Kastendieck, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikes- ville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norman Holland appeals from the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint as to all but one of the named Defendants. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED